JS 45 (5/97) - (Revised USAO MA 3/25/04)

Case 1:21-cr-10228-FDS   Document 9-1   Filed 07/27/21   Page 1 of 2

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 21-mj-5198-JGD
Search Warrant Case Number: See below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Danielle Miller    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Miami, FL

Birth date (Yr only): 1989   SSN (last4#): 2729   Sex: F   Race: Caucasian   Nationality: USA

**Defense Counsel if known:** Mitchell Elman    Address: 377 Oak St., Suite 415

**Bar Number:** _____    Garden City, NY 11530

**U.S. Attorney Information:**

AUSA: William Abely    Bar Number if applicable: 660281

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: English

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 05/11/2021

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Sarasota County Jail (FL)   ☐ Serving Sentence   ☑ Awaiting Trial
☑ On Pretrial Release: Ordered by: MJ Edwin Torres, SDFL   on   05/13/2021

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/27/2021    Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Danielle Miller

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1-3 |
| Set 2 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 4-5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search / seizure warrants: 21-mj-5278-JGD, 21-mj-5279-JGD, 21-mj-5280-JGD, 21-mj-5281-JGD, 21-mj-5282-JGD, 21-mj-5283-JGD, 21-mj-5284-JGD, 21-mj-5285-JGD, 21-mj-5286-JGD, 21-mj-5287-JGD, 21-mj-5289-JGD, 21-mj-5290-JGD, 21-mj-5281-JGD, plus residential SW out of SDFL