UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | Criminal No. 21-cr10228 (FDS) |
| ) | |
| DANIELLE MILLER ) | |
| ) | |
| Defendant ) | |

## ASSENTED-TO MOTION TO CONTINUE
## RULE 11 HEARING

Danielle Miller, by and through the undersigned attorney, Mitchell C. Elman, Esq., respectfully moves this Court to continue the Rule 11 hearing scheduled for 2:00PM on October 17, 2022. The defense has a conflict at that time. The Government and the Defense are respectfully requesting that this matter be continued to November 29, 2022 at 2:00PM.

The parties also request that the Court formally exclude the time period from October 12, 2022, through and including the date of the re-scheduled Rule 11 hearing from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the ground that the ends of justice served by excluding this period outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

LAW OFFICES OF MITCHELL C. ELMAN, P.C.
Attorneys for Danielle Miller

By:   */s/ Mitchell C. Elman*
          MITCHELL C. ELMAN

Dated: October 12, 2022

## CERTIFICATE OF SERVICE

      I hereby certify that, on the below date, this document was filed through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                   */s/ Mitchell C. Elman*
                                                   MITCHELL C. ELMAN

Dated: October 12, 2022