# LAW OFFICES OF MITCHELL C. ELMAN, P.C.
## 233 EAST SHORE ROAD, SUITE 210
## GREAT NECK, NY  11023
Telephone   (516) 586-6666
Facsimile    (516) 345-2517
Email         mitchell@elmanlawny.com

July 7, 2023

<u>VIA ECF</u>
The Honorable F. Dennis Saylor IV
Chief Judge
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

         Re: USA v. Danielle Miller
           <u>21-cr-10228 (FDS)</u>

Dear Judge Saylor:

  Defense counsel respectfully submits this letter to request an adjournment of the sentencing in the above-referenced matter, which is scheduled for July 11, 2023 at 11:00 AM.  In support of this motion, the undersigned defense counsel has a personal conflict on the date in question.  The Government assents to this request.

  Thank you for your consideration.

            Respectfully submitted,

            **/s/ Mitchell C. Elman**

            MITCHELL C. ELMAN

Cc: Benjamin A. Saltzman, Assistant United States Attorney