# LAW OFFICES OF MITCHELL C. ELMAN, P.C.
233 East Shore Road, Suite 210
Great Neck, NY 11023
Telephone (516)586-6666
Facsimile (516)345-2517

August 30, 2023

<u>VIA ECF</u>
The Honorable F. Dennis Saylor IV
United States District Judge, Chief Judge
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

        Re: **USA vs. Danielle Miller**
           <u>**Criminal No. 21-cr-10228 (FDS)**</u>

Dear Judge Saylor:

  Please accept this letter in connection with Ms. Miller's sentencing which is scheduled for September 7, 2023 at 10:00am.

  Based upon the particular circumstances in this case including Ms. Miller's medical history, family history and characteristics, the defense is asking your Honor to sentence Ms. Miller in accordance with the plea agreement entered on March 6, 2023. The parties have agreed to a concurrent sentence of incarceration for 36 months (as to Counts One through Three, to be imposed concurrently as to each other) and for 24 months (as to Counts Four and Five, to be imposed concurrently as to each other but consecutively as to Counts One through Three for a total term of incarceration of 60 months. Ms. Miller entered a plea of guilty on March 6, 2023 before Your Honor. Mr. Miller has a criminal history category III. The defense is respectfully requesting the court to accept the plea agreement and that tge 60 month sentence run concurrent to the 5-year committed sentence out of Sarasota County, Florida. The Government has stated that they have no objection to this sentence being run concurrent to the Florida sentence that Ms. Miller is currently serving.

  Ms. Miller should receive a sentence of 60 months incarceration with a period of supervised release. Sentencing Ms. Miller pursuant to the plea agreement would be sufficient to meet the objectives set out in 18 U.S.C. § 3553 (a). In the period of time since the date of the offense, Ms. Miller has exhibited a strong sense of post-offense rehabilitation. She has accepted responsibility for her actions. Ms. Miller at 33 years old, understands the seriousness of her conduct and how it was inconsistent with her basic morality and behavior. To that end, she has sought to make amends with her family, the victims in this matter, the court, and most

The Honorable F. Dennis Saylor IV
August 30, 2023
Page 2

importantly, with herself. While she is prepared to accept the court's punishment, she wants you to understand that she is at the crossroads of her life and will be returning to the righteous path upon which she previously traveled. She asks you to give her a chance. You will not be disappointed.

Ms. Miller has demonstrated an affirmative acceptance of responsibility for the offense. Ms. Miller is a decent woman who, owing to some poor decisions, was led into making a terrible choice about how to deal with her life situation.

Thank you for your consideration.

Respectfully Submitted,

**/s/ Mitchell C. Elman**

MITCHELL C. ELMAN

Cc:   Assistant United States Attorney William F. Abely II
      Assistant United States Attorney Benjamin Saltzman
      Senior United States Probation Officer Martha C. Victoria